| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>I FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 P 1: 15 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Breyer_Stephen_G

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | RANDOM HOUSE, INC.; ROYALTY INCOME | $54,821.76 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | PSYCHOLOGY PRACTICE |
| 2. 2008 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF HAWAII AT MANOA | FEBRUARY 4-10 | HONOLULU, HI | JURIST IN RESIDENCE | TRANSPORTATION, LODGING & MEALS |
| 2. | UNIVERSITY OF ARIZONA | FEBRUARY 11 | TUCSON, AZ | SPEAKER AT EVENT | TRANSPORTATION, LODGING & MEALS |
| 3. | ARIZONA STATE UNIVERSITY | FEBRUARY 12-13 | PHOENIX, AZ | PARTICIPATE IN LECTURE | TRANSPORTATION, LODGING & MEALS |
| 4 | HARVARD UNIVERSITY | MARCH 3 | BOSTON, MA | PARTICIPATE IN CONFERENCE | TRANSPORTATION & MEALS |
| 5 | SUFFOLK UNIVERSITY | MARCH 4 | BOSTON, MA | PUBLIC LECTURE AND Q&A | MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BREYER, STEPHEN G. | 05/15/2009 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. HUNTER COLLEGE/ ASPEN INSTITUTE | APRIL 7 | NEW YORK, NY | PARTICIPATE IN LECTURE | TRANSPORTATION & MEALS |
| 7. FORDHAM UNIVERSITY LAW SCHOOL | APRIL 8 | NEW YORK, NY | PARTICIPATE IN CONFERENCE | MEALS |
| 8. KENTUCKY AUTHORS FORUM | MAY 6 | LOUISVILLE, KY | INTERVIEW | TRANSPORTATION, LODGING & MEALS |
| 9. NORTHEASTERN UNIVERSITY | MAY 23 | BOSTON, MA | COMMENCEMENT ADDRESS | TRANSPORTATION & MEALS |
| 10. PARIS RESEAU ID MEETING COLLEGE-DE-FRANCE | JULY 1-2 | PARIS, FRANCE | PARTICIPATE IN MEETING | MEALS |
| 11. ABA WORLD JUSTICE PROJECT | JULY 3 | VIENNA, AUSTRIA | PARTICIPATE IN MEETING | TRANSPORTATION, LODGING & MEALS |
| 12. LES CERCLE DE ECONOMISTS | JULY 4-8 | AIZ-EN-PROVENCE, FRANCE | PARTICIPATE IN MEETING | TRANSPORTATION, LODGING & MEALS |
| 13. ABA ILEX | JULY 9-11 | TOKYO, JAPAN | PARTICIPATE IN MEETING | TRANSPORTATION, LODGING & MEALS |
| 14. RITSUMEIKAN UNIVERSITY | JULY 12-18 | KYOTO & OSAKA, JAPAN | SPEAKER AT VARIOUS EVENTS | TRANSPORTATION, LODGING & MEALS |
| 15. UNIVERSITY OF ARIZONA (SALLY RIDER) | SEPTEMBER 7-9 | TUCSON, AZ | LECTURER AT EVENT | TRANSPORTATION, LODGING & MEALS |
| 16. IAI FORUM | SEPTEMBER 11-14 | BURGUNDY, FRANCE | PARTICIPATE & SERVE ON PANEL | TRANSPORTATION, LODGING & MEALS |
| 17. ECOLE NATIONALE DE LA MAGISTRATURE | SEPTEMBER 16 | BORDEAUX, FRANCE | SPEAKER AT EVENT | TRANSPORTATION |
| 18. FORUM FOR EU-US ECONOMIC AFFAIRS | SEPTEMBER 17-20 | PARIS, FRANCE | PARTICIPATE IN CONFERENCE | TRANSPORTATION & MEALS |
| 19. YALE GLOBAL SEMINAR | SEPTEMBER 24-27 | NEW HAVEN, CT | PARTICIPATE IN CONFERENCE | TRANSPORTATION, LODGING & MEALS |
| 20. OXFORD LAW | OCTOBER 18 | OXFORD, ENGLAND | JUDGE AT OXFORD LAW MOOT | TRANSPORTATION, LODGING & MEALS |
| 21. FORDHAM-STEIN AWARD | OCTOBER 29 | NEW YORK, NY | RECIPIENT OF AWARD | TRANSPORTATION, LODGING & MEALS |
| 22. HARVARD CLUB | NOVEMBER 7 | NEW YORK, NY | SPEAKER AT EVENT | TRANSPORTATION |
| 23. HARVARD UNIVERSITY | DECEMBER 1 | CAMBRIDGE, MA | SPEAKER AT EVENT | TRANSPORTATION |
| 24. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. CENTOCOR CPR - RESTRICTED | A | Interest | J | W | | | | | |
| 3. GENZYME CPR - RESTRICTED | A | Interest | J | W | | | | | |
| 4. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 6. U.S. TREASURY NOTE 8/15/08 | B | Interest | | | Matured | 8/15 | K | A | |
| 7. U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | | | | | |
| 8. U.S. TREASURY NOTE 8/15/09 | B | Interest | K | T | | | | | |
| 9. U.S. TREASURY NOTE 8/15/10 | B | Interest | K | T | | | | | |
| 10. U.S. TREASURY NOTE 2/15/11 | A | Interest | K | T | | | | | |
| 11. IRA ACCOUNT: | | | | | | | | | |
| 12. SCUDDER CORE PLUS INCOME FUND | B | Dividend | K | T | | | | | |
| 13. SCUDDER LARGE CAPITAL VALUE FUND | B | Dividend | K | T | | | | | |
| 14. OTHER HOLDINGS: | | | | | | | | | |
| 15. SCUDDER CORE PLUS INCOME FUND - IRA | B | Dividend | K | T | | | | | |
| 16. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 17. TIAA/CREF | D | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST: | | | | | | | | | |
| 19. DMC APARTMENT FUND I (PARTNERSHIP) | A | Rent | | | Sold | 12/31 | J | A | |
| 20. CHINA PARTNERS L.P. | A | Dividend | M | U | | | | | |
| 21. CLAFLIN CAPITAL, VI | B | Dividend | J | U | | | | | |
| 22. WINDSOR FUND | A | Dividend | J | T | | | | | |
| 23. AUTOMATIC DATA PROCESSING COMMOM STOCK | B | Dividend | K | T | | | | | |
| 24. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 25. PROCTER & GAMBLE CO - COMMON STOCK | B | Dividend | | | Sold | 9/24 | M | F | |
| 26. STATE STREET BANK IMMA | A | Dividend | L | T | | | | | |
| 27. CINTAS CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. SYSCO CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 29. STATE STREET CORP. COMMON STOCK | A | Dividend | | | Sold | 6/18 | M | F | |
| 30. VANGUARD S&P 500 INDEX FUND | D | Dividend | M | T | Buy (add'l) | 6/19 | K | | |
| 31. DARA BIOSCIENCES, INC (FORMERLY POINT THERAPEUTICS INC) | | None | | | Sold (part) | 2/27 | J | A | |
| 32. | | | | | Sold | 8/11 | J | A | |
| 33. PEPSICO INC. - COMMON STOCK | B | Dividend | | | Sold | 9/24 | L | E | |
| 34. COLGATE-PALMOLIVE CO - COMMON STOCK | B | Dividend | | | Sold | 12/3 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. EMC CORP - COMMON STOCK | | None | | | Sold | 8/11 | K | B | |
| 36. NOVARTIS AG SPONSORED ADR | A | Dividend | K | T | Buy<br>(add'l) | 6/23 | K | | |
| 37. TEMPTIME INC - COMMON STOCK | | None | J | U | | | | | |
| 38. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | | | | | |
| 39. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | | | | | |
| 40. U.S. TREASURY BILL - 5/15/09 | B | Interest | K | T | | | | | |
| 41. U.S. TREASURY BILL - 7/31/08 | B | Interest | | | Matured | 7/31 | K | A | |
| 42. ISHARES MSCI PAC EX-JAPAN INDEX FD | A | Dividend | J | T | | | | | |
| 43. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | J | T | | | | | |
| 44. ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 45. U.S. TREASURY BILL - 4/17/08 | B | Interest | | | Matured | 4/17 | L | A | |
| 46. U.S. TREASURY BILL - 10/16/08 | A | Interest | | | Buy | 4/18 | L | | |
| 47. | | | | | Sold<br>(part) | 4/30 | L | A | |
| 48. | | | | | Matured | 10/16 | K | A | |
| 49. U.S. TREASURY BILL - 8/15/13 | A | Interest | K | T | Buy | 6/23 | K | | |
| 50. WHOLE FOODS MARKET INC | A | Dividend | | | Buy | 6/18 | K | | |
| 51. | | | | | Sold | 8/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| BREYER, STEPHEN G. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. TREASURY BILL - 3/15/10 | A | Interest | L | T | Buy | 8/14 | L | | |
| 53. VANGUARD DIVIDEND GROWTH FUND -IV | A | Dividend | L | T | Buy | 9/30 | L | | |
| 54. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | K | T | Buy | 9/30 | K | | |
| 55. DODGE & COX INTERNATIONAL STOCK FUND | C | Dividend | K | T | Buy | 9/30 | K | | |
| 56. | | | | | Buy (add'l) | 10/8 | K | | |
| 57. ROYCE LOW-PRICED STOCK SERVICE FUND | B | Dividend | K | T | Buy | 12/9 | K | | |
| 58. | | | | | Buy (add'l) | 12/10 | J | | |
| 59. OAKMARK INTERNATIONAL FUND - I | C | Dividend | K | T | Buy | 12/9 | K | | |
| 60. | | | | | Buy (add'l) | 12/19 | J | | |
| 61. OTHER ASSETS: | | | | | | | | | |
| 62. NATIONAL CITY CORP. COMMON STOCK | A | Dividend | | | Sold | 9/8 | J | C | |
| 63. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | K | T | | | | | |
| 64. WAL-MART STORES INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 65. COLGATE-PALMOLIVE COMMON STOCK | B | Dividend | | | Sold | 12/3 | K | D | |
| 66. SCHERING-PLOUGH CORP. COMMON STOCK | A | Dividend | | | Sold | 9/25 | K | E | |
| 67. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | | | | | |
| 68. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PEARSON ORD. STOCK | F | Dividend | O | T | | | | | |
| 70. RENTAL PROPERTY - NEVIS WEST INDIES | | None | M | W | | | | | |
| 71. LLOYD'S BANK | A | Interest | J | T | | | | | |
| 72. WELLS FARGO & CO. COMMON STOCK | B | Dividend | | | Sold | 9/25 | K | E | |
| 73. BP PLC-SPONSORED ADR | B | Dividend | | | Sold | 9/25 | K | E | |
| 74. TOTAL FINA SA SPONSORED ADR | C | Dividend | K | T | | | | | |
| 75. NOKIA CORP. ADR | D | Dividend | L | T | | | | | |
| 76. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 77. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 78. BANK OF AMERICA CORP - COMMON STOCK | B | Dividend | | | Sold (part) | 9/8 | J | A | |
| 79. | | | | | Sold | 9/25 | K | A | |
| 80. EXELON CORPORATION - COMMON STOCK | B | Dividend | | | Sold | 9/25 | L | F | |
| 81. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | Sold (part) | 9/8 | J | B | |
| 82. IBM - COMMON STOCK | A | Dividend | K | T | | | | | |
| 83. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 84. PACCAR INC - COMMON STOCK | C | Dividend | L | T | | | | | |
| 85. PROCTER & GAMBLE CO - COMMON STOCK | A | Dividend | | | Sold (part) | 9/8 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 9/25 | K | E | |
| 87. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | | | | | |
| 88. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | | | | | |
| 89. AMGEN INC - COMMON STOCK | | None | K | T | | | | | |
| 90. CISCO SYSTEMS INC - COMMON STOCK | | None | K | T | | | | | |
| 91. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | K | T | | | | | |
| 92. SSGA MONEY MARKET FUND | B | Dividend | K | T | | | | | |
| 93. TEVA PHARMACEUTICAL - COMMON STOCK | A | Dividend | K | T | | | | | |
| 94. NESTLE SA - COMMON STOCK | A | Dividend | K | T | | | | | |
| 95. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 96. BHP BILTON LTD | B | Dividend | K | T | | | | | |
| 97. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 98. HOPKINTON, MA 4.00% 07/01/2011 | B | Interest | L | T | | | | | |
| 99. SCITUATE, MA 4.50% 09/15/2013 | B | Interest | L | T | | | | | |
| 100. SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | | | | | |
| 101. KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | | | | | |
| 102. EMC CORP MASS - COMMON STOCK | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | C | Interest | L | T | | | | | |
| 104. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. WINDSTREAM CORP - COMMON STOCK | A | Dividend | | | Sold | 9/8 | J | C | |
| 106. STANCROFT TRUST LIMITED | | None | M | W | | | | | |
| 107. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING (X) | | None | J | T | | | | | |
| 108. EATON VANCE GROWTH FUND -A | A | Dividend | K | T | Buy | 10/14 | K | | |
| 109. EATON VANCE LARGE CAP GROWTH FUND - I | | None | M | T | Buy | 10/10 | L | | |
| 110. | | | | | Buy (add'l) | 12/10 | K | | |
| 111. EATON VANCE LARGE CAP VALUE FUND - I | A | Dividend | M | T | Buy | 10/10 | L | | |
| 112. | | | | | Buy (add'l) | 12/10 | K | | |
| 113. EATON VANCE TAX M S/C | | None | K | T | Buy | 10/10 | K | | |
| 114. EATON VANCE INTERNATIONAL EQUITY-I | A | Dividend | J | T | Buy | 10/10 | J | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*


THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P C.



NEW YORK, NEW YORK

Part VII: Line 31: Reverse Stock Split 1:40 on Point Therapeutics Inc common stock and name change to Dara Biosciences, Inc. - Fractional shares were paid in cash in lieu.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544